UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| KEI & CHRIS LLC, | Case No. 25-cv-04194 |
| --- | --- |
| Plaintiff, | **Judge: Jorge L. Alonso** |
| v. | |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kei & Chris LLC hereby dismisses this action as to the following Defendant:

| Number | Defendant Name |
| --- | --- |
| 99 | JDEFARF |
| 101 | JIANG ELECTRONICS STORE |
| 102 | JianShiXianLIULANSHANGMAOYouXianGongSi |
| 115 | nuliso |
| 128 | WANGAJUAN |
| 128 | TINGYAN ELECTRONICS ONLINE |
| 133 | YANGXIAOHUA |
| 134 | yongyuandediyiming |

Dated: May 29, 2025

    Respectfully submitted
By: /s/ Huicheng Zhou
Huicheng Zhou, Esq
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
Attorney for Plaintiff