UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| KEI & CHRIS LLC, | Case No. 25-cv-04194 |
| --- | --- |
| Plaintiff, | **Judge: Jorge L. Alonso** |
| v. | |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kei & Chris LLC hereby dismisses this action as to the following Defendant:

| Number | Defendant Name |
| --- | --- |
| 13 | Huizhou Oufu Lighting Technology Co., Ltd. |
| 95 | GUANYUNXIANMAOXINBAIHUOJINGYINGBU |
| 132 | XUZHANGLIN |
| 139 | yuxingjing |
| 164 | Casa Nova |
| 166 | EP WORKSHOP |
| 168 | HomeVibes |
| 175 | WISHLIGHT |

Dated: June 11, 2025

    Respectfully submitted
By: /s/ Huicheng Zhou
Huicheng Zhou, Esq
Bar No. 350005
(909) 284-1929
2108 N ST STE 8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
Attorney for Plaintiff