UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| KEI & CHRIS LLC, | Case No. 25-cv-04194 |
|---|---|
| Plaintiff, | **Judge: Jorge L. Alonso** |
| v. | |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kei & Chris LLC hereby dismisses this action as to the following Defendant:

| Number | Platform | Defendant Name | Store ID |
|---|---|---|---|
| 163 | eBay | zhel_89 | zhel_89 |
| 189 | Walmart | Get It Home | 10001193570 |
| 191 | Walmart | Gnipulg | 10002623502 |
| 233 | Walmart | Chunhongkeji | 10001521449 |
| 235 | Walmart | Get It Home | 10001193570 |

Dated: July 4, 2025

        Respectfully submitted
By: /s/ Huicheng Zhou
Huicheng Zhou, Esq
Bar No. 350005
(909) 284-1929
2108 N ST STE 8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
Attorney for Plaintiff